# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Ameriprise Financial Services, Inc.,

*Plaintiff,*

v.   Case No. 0:16−cv−00087−PJS−TNL

Roger F. Duckworth, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   JIMURE SIPP DTD 8−7−06

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Thomas P Swigert
> 50 S 6th St Ste 1500
> Mpls, MN
> 55402−1498

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*   By:



Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:   January 15, 2016

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16–cv–00087–PJS–TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        JIMURE SIPP DTD 8–7–06

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Ameriprise Financial Services, Inc.,

*Plaintiff,*

v.                                                          Case No. 0:16–cv–00087–PJS–TNL

Roger F. Duckworth, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  Steven Murray

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Thomas P Swigert
        50 S 6th St Ste 1500
        Mpls, MN
        55402–1498

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*     By:    

Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  January 15, 2016

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16–cv–00087–PJS–TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  Steven Murray

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**  Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Ameriprise Financial Services, Inc.,

*Plaintiff,*

v.  Case No. 0:16–cv–00087–PJS–TNL

Roger F. Duckworth, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  Michael Geoffrey Kirkwood

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Thomas P Swigert
> 50 S 6th St Ste 1500
> Mpls, MN
> 55402–1498

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*    By:  

Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  January 15, 2016

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16–cv–00087–PJS–TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Michael Geoffrey Kirkwood

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Ameriprise Financial Services, Inc.,

*Plaintiff,*

v.   Case No. 0:16−cv−00087−PJS−TNL

Roger F. Duckworth, et al.,

*Defendant.*

### SUMMONS IN A CIVIL ACTION

To:  Rachel Kirkwood

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Thomas P Swigert
> 50 S 6th St Ste 1500
> Mpls, MN
> 55402−1498

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*   By:



Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  January 15, 2016

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16–cv–00087–PJS–TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:       Rachel Kirkwood

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Ameriprise Financial Services, Inc.,

*Plaintiff,*

v.     Case No. 0:16−cv−00087−PJS−TNL

Roger F. Duckworth, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Neil Lawless

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Thomas P Swigert
>50 S 6th St Ste 1500
>Mpls, MN
>55402−1498

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*     By:  

Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  January 15, 2016

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16–cv–00087–PJS–TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  Neil Lawless

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Ameriprise Financial Services, Inc.,

*Plaintiff,*

v.                                                   Case No. 0:16−cv−00087−PJS−TNL

Roger F. Duckworth, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Peter Victor Dickerson

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Thomas P Swigert
        50 S 6th St Ste 1500
        Mpls, MN
        55402−1498

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*            By:   

Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:   January 15, 2016

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16–cv–00087–PJS–TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Peter Victor Dickerson

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Ameriprise Financial Services, Inc.,

*Plaintiff,*

v.                                                    Case No. 0:16−cv−00087−PJS−TNL

Roger F. Duckworth, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Allan Parbery

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Thomas P Swigert
> 50 S 6th St Ste 1500
> Mpls, MN
> 55402−1498

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  January 15, 2016

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16–cv–00087–PJS–TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Allan Parbery

Date of Service:

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Ameriprise Financial Services, Inc.,

                        *Plaintiff,*

v.                                                     Case No. 0:16–cv–00087–PJS–TNL

Roger F. Duckworth, et al.,

                        *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Eyes Right Opticians, Ltd.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Thomas P Swigert
                50 S 6th St Ste 1500
                Mpls, MN
                55402–1498

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*       By:



Signature of Clerk or Deputy Clerk

                                                           Amy Linner

Date of Issuance:  <u>January 15, 2016</u>

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16–cv–00087–PJS–TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Eyes Right Opticians, Ltd.

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: